AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Betty Jean Wade,
*Plaintiff*
v.

Housing Management, Inc. and Hampton House Associates, LP d/b/a Paces Run Apartments a/k/a Hampton House Apartments,
*Defendants*

Civil Action No.   1:14-04923-JMC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: declaratory judgment and injunctive relief is entered for the plaintiff, Betty Jean Wade against the defendants, Housing Management, Inc. and Hampton House Associates, LP d/b/a Paces Run Apartments a/k/a Hampton House Apartments. The court finds that Defendants are prohibited from terminating Plaintiff's lease at the end of the lease term without cause, and further, when renewing Plaintiff's lease, Defendants are required to provide Plaintiff with a lease with a term of one year or the remaining term of any contract with HUD, whichever is less. Defendants are enjoined from taking any action contrary to the declarations stated in the order entered August 8, 2016.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding.  The court having granted plaintiff's motion for default judgment.

Date:   August 8, 2016                                                     *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                          *Signature of Clerk or Deputy Clerk*